UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAROLYN WENDY HERZ,<br><br>Plaintiff,<br><br>v.<br><br><br>EVAN GOODMAN, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:26-cv-00939-TWP-MG |

**ORDER**

The Court, having reviewed Defendant's Motion for Withdrawal of Appearance, and being duly advised, hereby GRANTS Defendant's Motion and orders that the Appearance of Assistant United States Attorney Shelese Woods is hereby withdrawn from this case, and she will be removed from further distribution lists.

Date: 9/11/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN 46268

Distribution to all electronically
registered counsel of record via
CM/ECF